# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN CHASE,<br><br>    Plaintiff,<br><br>v.<br><br>INFINQUE JAMISON,<br><br>    Defendant. | Case No. 17-cv-07085-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING REMAND TO STATE COURT**<br><br>Re: Dkt. No. 5 |

The Court has reviewed Magistrate Judge Westmore's Report and Recommendation Re Remand to State Court. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is remanded to the Contra Costa County Superior Court. The Clerk is directed to remand this case and close the file.

**IT IS SO ORDERED.**

Dated: January 3, 2018

HAYWOOD S. GILLIAM, JR.
United States District Judge